JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JACKSON, an individual; J. MADING INSURANCE AND FINANCIAL SERVICES, LLC, a California corporation,<br><br>Defendants. | Case No. SA CV 11-00667 AHM (MLGx)<br><br>**ORDER FOR DISMISSAL OF ACTION *WITHOUT* PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed without prejudice against Defendants. Each party is to bear their own costs and attorney's fees.

DATED: February 21, 2012

JS-6

_____
HON. A. HOWARD MATZ
U.S. DISTRICT JUDGE